UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN D. DURAND                                                    PLAINTIFF

V.                        NO. 4:18-CV-00727-JTR

ANDREW SAUL,[1]
Commissioner of Social Security                               DEFENDANT

## ORDER

Plaintiff, Steven D. Durand, seeks judicial review of the administrative denial of his claim for disability insurance benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 14*. The Motion states that Durand's counsel was contacted and has no objection to the requested remand. *Id.* Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 14*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

---

[1] On June 6, 2019, the Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.

1

IT IS SO ORDERED this 19th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE