# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STEVEN D. DURAND                                                    PLAINTIFF

V.                         NO. 4:18-CV-00727-JTR

ANDREW SAUL,
Commissioner of Social Security                                     DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Steven D. Durand, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE